UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL DALLAS SEAGRAVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00083 |
| ANDREW M. SAUL, Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 20) recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) and affirm the Social Security Administration's ("Commissioner") final decision denying benefits. Plaintiff has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 20 at 10).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that (1) Plaintiff did not cross-examine vocational expert Jo Ann Bullard at the hearing and therefore waived his argument that the ALJ improperly relied on Bullard's testimony; (2) the ALJ's determination that Plaintiff could return to his former type of work was supported by substantial evidence; and (3) Plaintiff has not shown reversible error based on a conflict between Bullard's testimony and the DOT. (See Doc. No. 20 at 6–10).

Accordingly, the R&R (Doc. No. 20) is **APPROVED AND ADOPTED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) is **DENIED**; and pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE